IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

TRAVIS MANNING                                                                                              PETITIONER
ADC #144583

vs.                                      Case No. 5:11CV00263 JMM-JTK

RAY HOBBS
Director, Arkansas Department of Correction                                           RESPONDENT

## ORDER

    Petitioner has paid his required $5.00 filing fee. (Doc. No. 7) The Clerk will serve a copy of the petition and this Order on the respondent and the Attorney General by regular mail.

    The respondent will file an answer, motion or other response to the petition, in conformity with Rule 5 of the Rules Governing Section 2254 cases in the United States District Courts, within twenty (20) days after service of this petition, exclusive of the day of service.

    IT IS SO ORDERED this 28th day of October, 2011.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE