IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

TRAVIS MANNING                                                                                          PETITIONER
ADC #1444583

V.                           CASE NO. 5:11CV00263 JMM-JTK

RAY HOBBS, *Director*
Arkansas Department of Correction                                                        RESPONDENT

## ORDER

Respondent is directed to provide within thirty (30) days the two Motions for Mental Evaluation and subsequent trial court orders granting those motions. Respondent is also directed to provide a copy of Dr. Peel's forensic evaluation report and transcribed copies of the competency hearing (February 19, 2009) and plea proceedings.

SO ORDERED this 2nd day of April, 2012.

_____
UNITED STATES DISTRICT COURT