IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

TRAVIS MANNING                                              PETITIONER
ADC #1444583

V.                     CASE NO. 5:11CV00263 JMM-JTK

RAY HOBBS, *Director*
Arkansas Department of Correction                           RESPONDENT

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After careful review of the findings and recommendations and the timely objections thereto, as well as a <u>de novo</u> review of the record, the Court concludes that the findings and recommendations should be, and are hereby, approved and adopted as this Court's findings in all respects in their entirety. Judgment shall be entered accordingly.

Pursuant to 28 U.S.C. § 2253 and Rule 11 of the Rules Governing Section 2554 Cases in the United States District Court, the Court must determine whether to issue a certificate of appealability in the final order. The Court finds no issue on which Petitioner has made a substantial showing of a denial of a constitutional right. Thus, the Court will not issue a certificate of appealability.

SO ORDERED this __15__ day of May, 2012.

_____
UNITED STATES DISTRICT JUDGE