IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

TRAVIS MANNING                                                                                    PETITIONER
ADC #1444583

V.                    CASE NO. 5:11CV00263 JMM-JTK

RAY HOBBS, *Director*
Arkansas Department of Correction                                                            RESPONDENT

## JUDGMENT

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that Petitioner's habeas petition is DISMISSED with prejudice.

SO ADJUDGED this   17   day of   May  , 2012.

_____
UNITED STATES DISTRICT JUDGE